

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00066-CV

---

JOEY GONZALEZ, APPELLANT

V.

JOSEFINA DEVILLE, APPELLEE

---

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-009235-1, Honorable Don Pierson, Presiding

---

May 19, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and PRATT, JJ.

Appellant, Joey Gonzalez, proceeding pro se, appeals from the trial court's judgment.[1]  Appellant's brief was originally due April 10, 2026, but was not filed.  By letter of April 22, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by May 4, 2026.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE § 73.001.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam